IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MICHAEL CRAIG BARNETTE

    Petitioner,

  v.

JEFFREY BEARD, Secretary, California Department of Corrections and Rehabilitation,

    Respondent.

No. C 11-00035 CW (PR)

JUDGMENT

    For the reasons stated in the Court's Order denying the petition for a writ of habeas corpus, judgment is hereby entered in favor of Respondent. Each party shall bear his own costs.

    The Clerk of the Court shall close the file.

    IT IS SO ORDERED.

Dated: 3/14/2014

CLAUDIA WILKEN
United States District Judge